**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tony WYNN, Defendant–Appellant.**

**No. 15–11055
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 24, 2015.

Michelle Lee Schieber, Michael J. Moore, Macon, GA, Leah E. McEwen, U.S.

Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Thomas G. Ledford, The Ledford Law Firm, LLC, Albany, GA, for Defendant–Appellant.

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Ledford, appointed counsel for Tony Wynn in this direct criminal appeal, has moved to withdraw from further representation of Mr. Wynn and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Wynn's conviction and sentence are **AFFIRMED**.[1]

1. We acknowledge that Mr. Wynn expressed    dissatisfaction with counsel's performance

leading up to his guilty plea and that he might wish to argue that counsel was ineffective in that respect. Such claims, however, generally "are not considered for the first time on direct appeal," but rather are best reserved for postconviction proceedings. *United States v. Tyndale*, 209 F.3d 1292, 1294 (11th Cir. 2000); *see Massaro v. United States*, 538 U.S. 500, 504–05, 123 S.Ct. 1690, 155 L.Ed.2d 714 (2003).